UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

REUBEN MCDOWELL,

                                  Plaintiff,

    **-v.-**

                              Civil Action No.
                            9:06-cv-1060 (GLS/DRH)

DANIEL STEWART, Commission
of Corrections; MICHAEL GATES;
LT. VANWINKLE; C. HALL; and
M. HARPP

                                Defendants
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

TERRENCE Q. WILLIAMS
Plaintiff Pro Se
07-A-0885
Marcy Correctional Facility
P.O. Box 3600
Marcy, New York 13403

**FOR DEFENDANT STEWART:**

HON. ANDREW M. CUOMO        RICHARD LOMBARDO
Attorney General for the State     Assistant Attorney General
   of New York
The Capitol
Albany, New York 12224

**FOR DEFENDANTS GATES,
VANWINKLE, HALL and
HARPP**

| | |
|---|---|
| MURPHY, BURNS LAW FIRM<br>226 Great Oaks Boulevard<br>Albany, New York 12203 | THOMAS K. MURPHY, ESQ. |

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed February 6, 2008.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed February 6, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Stewart's motion to dismiss (Docket No. 49) is GRANTED and that the Second Amended Complaint is DISMISSED in all respects as to Stewart, and it is further

ORDERED, that the Clerk of the Court is to mail a copy of this order on all parties by regular mail.

IT IS SO ORDERED

Dated:  March 19, 2008
        Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge